IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MIGUEL ANGEL PINA BARRIENTOS    )
AIS #245143,                     )
                                 )
        Petitioner,              )
                                 )
    v.                           )    CASE NO. 2:08-CV-0009-WKW
                                 )
ARNOLD HOLT, et al.,             )
                                 )
        Respondents.             )

## ORDER ON MOTION

Upon consideration of the motion for leave to proceed *in forma pauperis* filed by

the petitioner (Court Doc. No. 2), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 7th day of January, 2008.


                          /s/ Charles S. Coody
                         CHARLES S. COODY
                         CHIEF UNITED STATES MAGISTRATE JUDGE