| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you<br><br>Clerk<br>United States District Court<br>Southern District of Alabama<br>123 John A. Campbell<br>United States Courthouse<br>113 St. Joseph Street<br>Mobile, AL 36602 | A. Signature<br>X *M. Mu[signature]* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): *Mike Muncy*   C. Date of Delivery: 2/11/08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>*08cv9 transfer case*<br>3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |

2. Article Number (Transfer from service label): 7007 2680 0003 1841 5264

Domestic Return Receipt    102595-02-M-1540